cuit denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Sewall Key* for respondent.

No. 839. CARNAHAN *v.* MISSOURI-KANSAS-TEXAS RY. Co. April 27, 1936. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Oscar S. Hill* for petitioner. *Messrs. Joseph M. Bryson* and *Charles S. Burg* for respondent.

No. 840. ADAMOWICZ ET AL. *v.* UNITED STATES. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leo H. Klugherz* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 846. PIQUETT *v.* UNITED STATES. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Elliott Byrne* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States.

No. 852. EQUITABLE LIFE ASSURANCE SOCIETY *v.* SALMEN. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. H. Watkins, S. C. Mize, P. H. Eager, Jr.,* and *James H. McIntosh* for petitioner. *Messrs. Arthur A. Moreno* and *Earle N. Floyd* for respondent.